**KASON ELECTRIC CO.**

v.

**GENERAL ELECTRIC CO.**

**GENERAL ELECTRIC CO.**

v.

**KASON ELECTRIC CO.**

Nos. 16436, 16441.

United States Court of Appeals
Eighth Circuit.

Sept. 6, 1960.

Milton A. Abrams and Leo L. McCormick, Kansas City, Mo., for Kason Electric Co.

George H. Gangwere, Kansas City, Mo., for General Electric Co.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution.

**PEVELY DAIRY COMPANY, Appellant**

v.

**MILK WAGON DRIVERS' AND DAIRY EMPLOYEES' UNION LOCAL 603, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA.**

No. 16331.

United States Court of Appeals
Eighth Circuit.

Sept. 2, 1960.

Alexander Kerckhoff and E. C. Hartman, St. Louis, Mo., for appellant.

Harry H. Craig, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, with prejudice, on stipulation of parties. 174 F.Supp. 229.

**Lee TYLER, Appellant**

v.

**ARK–HOMA FARMS FROZEN FOODS, INC., Frank B. Trusdell, Laura Loreen Trusdell, Russell Khilling and Millie Wentz.**

**ARK–HOMA FARMS FROZEN FOODS, INC., Frank B. Trusdell, Laura Loreen Trusdell, Russell Khilling and Millie Wentz,**

v.

**Lee TYLER.**

Nos. 16534, 16535.

United States Court of Appeals
Eighth Circuit.

Sept. 9, 1960.

Dobbs, Pryor & Dobbs, Fort Smith, Ark., for Lee Tyler.

Bethell & Pierce, Fort Smith, Ark., for Ark-Homa Frozen Foods, Inc., et al.

PER CURIAM.

Appeal of plaintiff and cross-appeal of defendants dismissed with prejudice without costs to either party on stipulation of parties.